# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### File No.: 3:07-CV-395-RJC-DCK

| | |
|---|---|
| PHILIP BENHAM, as an individual and as a representative of OPERATION SAVE AMERICA, INC.; SHERYL CHANDLER, as an individual and as a representative of OPERATION SAVE AMERICA, INC.; OPERATION SAVE AMERICA, INC., a non-profit operation,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF CHARLOTTE, a political subdivision of the state of North Carolina; EMILY WESTBROOK, in her individual capacity; KEITH PARKER, in his individual capacity,<br><br>    Defendants. | **ORDER** |

**THIS MATTER** is before the Court upon the Plaintiff's Motion for Admission *Pro Hac Vice* (Document #4) filed September 20, 2007 requesting that Frederick H. Nelson of the Florida Bar be admitted to appear as additional counsel for the Plaintiffs in the above-captioned civil action. It appears to the Court that the Motion should be allowed.

**IT IS, THEREFORE, ORDERED** that Frederick H. Nelson be granted *Pro Hac Vice* admission to the Bar of this Court and that he be allowed to appear in this civil action as attorney of record for the plaintiffs along with co-counsel, J. Denise von Gnechten, who is a member in good standing of the Bar of this Court.

Signed: September 20, 2007

David C. Keesler
United States Magistrate Judge