IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07-CV-395-RJC-DCK

| | |
|---|---|
| PHILIP BENHAM, as an Individual and as a representative of OPERATION SAVE AMERICA, INC.; SHERYL CHANDLER, as an Individual and as a representative of OPERATION SAVE AMERICA, INC.; OPERATION SAVE AMERICA, INC., a non-profit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CHARLOTTE, a political subdivision of the State of North Carolina; EMILY WESTBROOK, in her individual capacity; KEITH PARKER, in his individual capacity;<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Relief From ADR And Extension Of The Motions Deadline" (Document No. 16) filed June 11, 2008.

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate review is appropriate.

Having carefully considered the arguments, the record, and the applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Relief From ADR And Extension Of The Motions Deadline" (Document No. 16) is **GRANTED**. The Court will (1) relieve the parties from alternative dispute resolution; and (2) extend the motions deadline to **July 31, 2008**.

Signed: June 12, 2008

David C. Keesler
United States Magistrate Judge