IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cv395

| BENHAM, et al., | ) | |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CITY OF CHARLOTTE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** comes before the Court on the parties' Joint Motion to Continue Trial Date. (Doc. No. 31).

The Court finds that the parties have stated a sufficient basis to continue the trial of this case.

**IT IS, THEREFORE, ORDERED** that the trial is continued to a date to be announced by separate notice.

**IT IS FURTHER ORDERED** that the Court will hear oral argument on the defendant's Motion for Summary Judgment (Doc. No. 22) on November 10, 2008, at 9:30 a.m.

Signed: October 14, 2008

Robert J. Conrad, Jr.
Chief United States District Judge