# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Philip Benham, et al.,

    Plaintiff(s),

vs.

City of Charlotte, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07-cv-395-RJC

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 8, 2010 Order.

Signed: January 8, 2010

Frank G. Johns, Clerk
United States District Court