IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:07cv395

| | | |
|---|---|---|
| PHILIP BENHAM, et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CITY OF CHARLOTTE, et al., | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court upon remand from the United States Court of Appeals for the Fourth Circuit for dismissal for lack of jurisdiction. (Doc. No. 39: Order; Doc. No. 40: Mandate).

**IT IS, THEREFORE, ORDERED** that this case is **DISMISSED**.

Signed: March 15, 2011

_____
Robert J. Conrad, Jr.
Chief United States District Judge